THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Dominique Gallman,       
Appellant.
 
 
 

Appeal From Chester County
Paul E. Short, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-268
Submitted February 20, 2004  Filed 
 April 19, 2004  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM:  Dominique Gallman appeals his 
 conviction for second-degree burglary.  Gallmans appellate counsel has petitioned 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Gallmans appeal is without merit.  The issue briefed by counsel concerns whether 
 the trial court erred in denying Gallmans motion for a directed verdict of 
 not guilty.  Gallman has not filed any documents on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Gallmans 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur. 

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.